■ In the Matter of RUTH WINDWER, Respondent, v. STANLEY WINDWER, Appellant.— Motion by appellant to stay all proceedings in the Family Court, Nassau County, under Index No. F-597/72 to enforce a support order of the First Civil Court of the District of Bravos, State of Chihuahua, Republic of Mexico, pending appeal from order of said Family Court, entered January 4, 1972, and made in a separate proceeding, under Index No. F-1398/71. Motion dismissed as academic. The appeal is decided herewith (*Matter of Windwer* v. *Windwer*, 39 A D 2d 927). Hopkins, Acting P. J., Munder, Martuscello, Gulotta and Christ, JJ., concur.

## (June 7, 1972)

■ HEINRICH WASMUTH, Respondent, v. HINDS-TOOMEY AUTO CORP. et al., Defendants, and GENERAL MOTORS CORPORATION, Appellant.— Motion by appellant to reargue its appeal in order to resettle and amend order and decision of this court, both dated May 1, 1972. Motion granted to the following extent: The decision of May 1, 1972 (39 A D 2d 723) is amended by deleting therefrom the third paragraph and by substituting therefor the following: " Order dated October 20, 1971 modified by inserting therein, immediately after the provision that the cross motion is ' denied', the following: ' except that it is granted to the extent that plaintiff is directed to furnish to the attorneys of defendant General Motors Corporation, for inspection, the report prepared by the expert retained by plaintiff and the materials described in item 6 of said defendant's notice of discovery and inspection dated March 9, 1970.' As so modified, order affirmed insofar as appealed from, without costs." Order of May 1, 1972 amended accordingly. Hopkins, Acting P. J., Latham, Shapiro, Gulotta and Benjamin, JJ., concur.